```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0122--CR (JKS)
                         "USA V CHRISTOPHER J. SULLIVAN"
                       DEF 1.1 SULLIVAN, CHRISTOPHER J.
```

Including terminated defendants, excluding terminated counsel

```
    Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 10/20/04
             Closed: 04/20/05
No. of Defendants: 1
   MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
Needs interpreter: NO
Counsel of record: Mary Jane Haden
                   Federal Public Defender
                   550 W. 7th Avenue, Suite 1600
                   Anchorage, AK 99501
                   907-646-3400
                   FAX 907-646-3480
                   Serve: YES
                    Type: FPD
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Kevin Feldis
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial
```

Counts re: DEF 1.1 SULLIVAN, CHRISTOPHER J.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:922(g)(1) FELON IN POSSESSION OF FIREARMS AND AMMUNITION (F) | Sentenced (43-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CRIMINAL DOCKET ENTRIES FOR CASE A04-0122--CR (JKS)
               "USA V CHRISTOPHER J. SULLIVAN"
```

For all filing dates

```
    Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 10/20/04
             Closed: 04/20/05
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/20/04 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - 1 | 10/21/04 | [Re: DEF 1] Issued WOA. |
| 2 - 1 | 10/21/04 | [Re: DEF 1] JDR Grand Jury Minutes; WOA to issue; writ of h/c ad pros to follow; in state custody; no bail set (det per 18:3142). |
| 3 - 1 | 10/22/04 | [Re: DEF 1] PLF 1 Petition for Writ of H/C Ad Prosequendem. |
| NOTE - 2 | 10/27/04 | Issued: Writ of H/C ad pros. |
| 4 - 1 | 10/27/04 | [Re: DEF 1] AHB Order GRANTING PLF 1 Petition for Writ of H/C Ad Pros. cc: USA, USM |
| 5 - 1 | 10/27/04 | [Re: DEF 1] AHB Minute Order that arr is set 2:00 p.m. 10/29/04.  cc: USA, USM, PO, Def (by USM) |
| 6 - 1 | 11/01/04 | [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] re: arr on Indt held 10/29/04; FPD appointed; pled not guilty to ct 1 of Indt; ptms due 11/12/04; responses due 11/19/04; TBJ set 12/13/04 @ 9:00 a.m.; FPTC set 12/9/04 @ 10:00 a.m.; det uncontested. cc: USA, FPD, USM, USPO, Judge Singleton |
| 7 - 1 | 11/01/04 | DEF 1 Financial Affidavit. |
| 8 - 1 | 11/01/04 | [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 9 - 1 | 11/01/04 | [Re: DEF 1] AHB Order regarding preparation for trial; cnsl to meet & confer by 11/1/04; ptms due 11/12/04. cc: USA, FPD |
| 10 - 1 | 11/02/04 | [Re: DEF 1] JKS Minute Order re TBJ set for 12/13/04 at 9:00 a.m.; FPTC set for 12/9/04 at 10:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 11 - 1 | 11/03/04 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 12 - 1 | 11/05/04 | DEF 1 Unopposed motion on shortened time to continue pretrial motions ddln. |
| 13 - 1 | 11/05/04 | DEF 1 Unopposed motion on shortened time to cont trial date & request sched conf. |
| 14 - 1 | 11/08/04 | [Re: DEF 1] JKS Minute Order re hrg on def's unoppos mot to reset trial (13-1) set for 11/9/04 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson |
| 15 - 1 | 11/09/04 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re Hrg re Def Mot to Cont Trial (held 11/9/04); trial by jury reset to 1/10/05, FPTC reset to 1/5/05 at 4:00 pm; referal to magistrate withdrawn; Evid Hrg set 12/3/04 at 9:00 am before JKS; mots due 11/19/04, responses due 12/1/04; excludable delay found under 3161(h)(8)(A)(B).  cc: USA, FPD, USM, USPO, |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0122--CR (JKS)
"USA V CHRISTOPHER J. SULLIVAN"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | MJ Branson, Jury Clerk |
| 16 - 1 | 11/18/04 | [Re: DEF 1] Return of WOA executed on 10/29/04. |
| 17 - 1 | 11/19/04 | DEF 1 motion to suppress w/att exhs. |
| 18 - 1 | 12/01/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress (17-1) w/att exhs. |
| 19 - 1 | 12/03/04 | [Re: DEF 1] JKS Minute Order resetting 12/3/04 evid hrg on mot to suppress from 9:00 a.m. to 10:30 a.m.. cc: USA, FPD, USM, USPO |
| 20 - 1 | 12/06/04 | DEF 1 motion for order directing payment of witness fees pursuant to rule 17(b) w/att aff. |
| 21 - 1 | 12/07/04 | [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter] re evident hrg on def's mot to suppress (doc #17) hld 12/3/04; written briefs due 12/9/04; O/A set for 12/10/04 at 11:00 a.m. w/att witness & exh list. cc: USA, FPD, USM, USPO |
| 22 - 1 | 12/07/04 | DEF 1 Notice of unavailabilty from 12/13 through 12/24 & return to work 12/27. |
| 23 - 1 | 12/09/04 | DEF 1 Supplemental briefing re warrantless parole searches. |
| 24 - 1 | 12/09/04 | [Re: DEF 1] PLF 1 Supplemental oppo & memo of law re: DEF 1 motion to suppress (17-1). |
| 25 - 1 | 12/10/04 | [Re: DEF 1] PLF 1 Notice. |
| 26 - 1 | 12/13/04 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re O/A on def's mot to suppress (17-1) hld 12/10/04; taking under advisement motion to suppress (17-1); cnsl to confer & cnsl for def to file joint position re cert of issues to AK Supreme Crt or Crt of Appeals by COB. cc: USA, FPD |
| 27 - 1 | 12/13/04 | [Re: DEF 1] JKS Minute Order that dkt 25 is accepted; parties to file memo if certification is proper in this case to resolve def's supp mot by 12/16/04. cc: USA, FPD |
| 28 - 1 | 12/16/04 | DEF 1 Unopposed motion on shortened time for ext of time to file memo re: certification. |
| 29 - 1 | 12/16/04 | [Re: DEF 1] JKS Order granting unopposed motion on shortened time for ext of time to file memo re: certification (28-1). The memo is due by COB 12/29/04. cc: AUSA, FPD |
| 30 - 1 | 12/23/04 | [Re: DEF 1] JKS Order granting motion for order directing payment of witness fees pursuant to rule 17(b) (20-1). cc: USA, FPD, USM |
| 31 - 1 | 12/29/04 | DEF 1 Supplemental briefing re certification re: DEF 1 motion to suppress (17-1). |
| 32 - 1 | 12/29/04 | [Re: DEF 1] PLF 1 opposition to certification of issu to AK crts re: DEF 1 motion to suppress (17-1). |
| 33 - 1 | 12/30/04 | DEF 1 Unopposed motion on shortened time to continue trial date w/att aff. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0122--CR (JKS)
"USA V CHRISTOPHER J. SULLIVAN"

For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 34 - | 1 | 01/03/05 | [Re: DEF 1] JKS Minute Order re hrg on def's unopposed mot to cont trial set for 1/4/05 at 10:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson |
| 35 - | 1 | 01/04/05 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re Hrg on Deft's Unopposed Motion to Cont Trial (held 1/4/05); Mot to Cont Trial (dkt 33) granted; fptc vacated and reset to 1/14/05 at 9:00 am; TBJ vacated and reset to 1/18/05 at 9:00 am; excludable delay found under section 3161(h)(8)(A)(B) and (h)(8)(B)(iv). cc: USA, FPD,USM, USPO, Jury Clerk |
| 36 - | 1 | 01/06/05 | [Re: DEF 1] JKS Amended Court Minutes [ECR: Elisa Singleton] Mot to Sup denied (dkt 17); mot to cont trial (doc 33) granted; fptc reset to 1/14/05 at 9:00 am; tbj reset to 1/18/05 at 9:00 am; excludable delay found.  cc: USA, FPD, USM USPO |
| 37 - | 1 | 01/10/05 | DEF 1 Notice of Intent to change plea. |
| 38 - | 1 | 01/11/05 | [Re: DEF 1] JKS Minute Order re PCOP hrg set for 1/13/05 at 10:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson |
| 39 - | 1 | 01/14/05 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] re PCOP hrg hld 1/13/05; def pled guilty to ct 1 of the Indt; IOS set for 4/15/05 at 9:00 a.m.; def's det cont; FPTC set for 1/14/05 & TBJ set for 1/18/05 are VACATED. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 40 - | 1 | 04/11/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 41 - | 1 | 04/11/05 | DEF 1 Sentencing Memorandum. |
| 42 - | 1 | 04/15/05 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] re I.O.S. (held 04/15/05); Sentenced as stated in the judg. cc USA, FPD, USPO, USM. |
| 43 - | 1 | 04/20/05 | [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1 of the Indictment (1-1); sent 60 mos; SR 36 mos; SA $100. cc: USA, FPD, USM, USPO, MJ Branson, def w/cnsls cy, Finance, FLU |
| 44 - | 1 | 04/26/05 | DEF 1 appeal to 9CCA of (43-1) filed 04/20/05. cc:USA, FPD, USM, PO, Judge Singleton, 9CCA |
| NOTE - | 3 | 04/27/05 | Transmittal: Forwarded notice of appeal (44-1) to 9CCA. |
| 45 - | 1 | 04/27/05 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (44-1) cc:USA, FPD, Judge Singleton, 9CCA (original), ECR |
| 46 - | 1 | 05/17/05 | USM Return of svc on writ of habeas corpus ad prosequendum re: DEF 1 executed on 10/27/04. |
| 47 - | 1 | 06/13/05 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (44-1) that the mot for voluntary dismssal of this appeal is Granted.  The cert cy of this order shall constitute the mandate. cc: USA, FPD, Judge Singleton |
| 48 - | 1 | 06/16/05 | [Re: DEF 1] Partial Transcript of IOS (held 04/15/05). |
| 49 - | 1 | 08/05/05 | [Re: DEF 1] exhibit inventory & disposition notice; exh A returned to MJ Haden. |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A04-0122--CR (JKS)
                       "USA V CHRISTOPHER J. SULLIVAN"

                           For all filing dates
```

Document #   Filed     Docket text
----------   -----     -----------

 50 -   1  09/27/05  USM Return of svc on judgment re: DEF 1 executed on 8/17/05 to FCI
                     Sheridan at Sheridan, OR.