_____
Name

_____
Prison Number

_____
Place of Confinement

_____
Address

_____
Telephone

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. _____ |
|---|---|
| Plaintiff, | |
| vs. | |
| _____, | NOTICE OF INTENT TO <u>PROCEED WITHOUT COUNSEL</u> |
| Defendant. | |

    I, _____, representing myself, declare under penalty of perjury, that I have been informed that the Criminal Justice Act[1] authorizes the Court to appoint an attorney for a habeas petitioner who cannot afford

---

[1] *See* 18 U.S.C. § 3006, *et. seq.*

F:\HOME\JUDGES\DOCS\SHARED\CR\D.AK 2004\A04-0122.002.wpd

his/her own attorney; and I hereby give notice to the Court that I intend to represent myself and proceed without counsel in this habeas action.

DATED _____, at _____.
           (Date of signing)                        (City & State)

_____
Signature

I hereby certify that a copy of this notice was mailed by First Class, U.S. Mail, to the United States Attorney, at 222 West 7th Avenue, Mail Box 9, Room 253, Anchorage, Alaska 99513, and to the United States District Court for the District of Alaska, at 222 W. 7th Avenue, # 4, Anchorage, Alaska 99513 on _____
                                                                                   (Date of mailing/handing to correctional officer)

_____
Signature