Christopher J. Sullivan 15034-006
Name
P.O. Box 5000
Sheridan, OR 97378
Address
N/A
Telephone Number

RECEIVED
APR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Christopher J. Sullivan,

**Plaintiff/Petitioner,**

CASE NO. 3:04-CR-122

vs,

United States of America,

**MOTION FOR APPOINTMENT OF COUNSEL**

**Defendant/Respondent.**

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: 4/4/06

Chris Sullivan
Plaintiff/Petitioner

Appt. Counsel
Effect. 5/97