# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF: SULLIVAN v.s. U.S.A.

FOR: District of Alaska
AT: Anchorage

RECEIVED APR 24 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

PERSON REPRESENTED (Show your full name): Christopher J. Sullivan

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☒ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
- Magistrate:
- District Court: ▶
- Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): Possession of a firearm & ammunition by a felon     ☒ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: Federal Correctional Institution - Sheridan, OR
- IF YES, how much do you earn per month? $ 5.25
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
  - RECEIVED: $50/mo.
  - SOURCES: family (for telephone use)

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 4.30

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
  - VALUE: _____
  - DESCRIPTION: _____

**DEPENDENTS**
- MARITAL STATUS: ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: 1 (self)
- List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Child Support | $60,000.00 | $700.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶