RECEIVED
APR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR APPOINTMENT OF COUNSEL and FINANCIAL AFFIDAVIT were mailed, first class, U.S. mail, to the following:

UNITED STATES ATTORNEY'S OFFICE
c/o Kevin Feldis, A.U.S.A.
222 West 7th Ave
Mailbox 9, Room 253
Anchorage, Alaska 99513

Dated: Sheridan, Oregon, April 18, 2006.

*[signature]*
Christopher J. Sullivan
Pro Se Petitioner