# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_UNITED STATES OF AMERICA_   v.   _CHRISTOPHER J. SULLIVAN_

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                                    CASE NO.  _3:04-CR-00122-JKS_

_Dan Maus_

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: April 25, 2006

        Sullivan's application for appointment of counsel, Clerk's Docket No. 53, is hereby **GRANTED.**  Under the Criminal Justice Act, the Federal Public Defender for the District of Alaska shall designate counsel from the CJA Panel or the Federal Public Defender's office to represent Sullivan in this case.

        Counsel for Sullivan shall review the record, confer with him, and file any amended §2255 petition, or voluntary dismissal, on or before **May 30, 2006.**  In the alternative, counsel shall file a notice that no amended petition will be submitted.

        Government shall have until **June 30, 2006** to file an answer or other responsive pleading.