Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>    v.                           )<br>                                 )<br> CHRISTOPHER J. SULLIVAN,        )<br>                                 )<br>            Defendant.           )<br>_____) | Case No. 3:04-cr-0122-JKS |

**ENTRY OF APPEARANCE**

COMES NOW JOHN C. PHARR and hereby enters his appearance of record for Defendant CHRISTOPHER J. SULLIVAN.

All further notices, filings, and other documents required to be served upon or otherwise furnished to Defendant Christopher J. Sullivan in this matter shall be delivered to the undersigned at:

        LAW OFFICES OF JOHN C. PHARR
        733 W. 4th Avenue, Suite 308
        Anchorage, Alaska  99501

        Telephone:  907/272-2525
        Facsimile:  907/277-9859
        E-mail: jpharr@gci.net; recipes4a@yahoo.com

*ENTRY OF APPEARANCE*
*United States of America v. Christopher J. Sullivan*
*Case No. 3:04-cr-00122-JKS*                                                    *Page 1 of 2*

DATED at Anchorage, Alaska, this 28th day of April 2006.

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorney for Defendant
Christopher J. Sullivan
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
April 28, 2006, a copy
of the foregoing was served
electronically:

Kevin R. Feldis
Asst. U.S. Attorney
kevin.feldis@usdoj.gov

s/John C. Pharr

*ENTRY OF APPEARANCE*
*United States of America v. Christopher J. Sullivan*
*Case No. 3:04-cr-00122-JKS*                                    *Page 2 of 2*