DEBORAH M. SMITH
Acting United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov
AK #  9711060

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:04-cr-00122-JKS |
| | ) | |
| Plaintiff, | ) | **NOTICE TO DISCONTINUE** |
| | ) | **ELECTRONIC SERVICE** |
| vs. | ) | |
| | ) | |
| CHRISTOPHER J. SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Deborah

M. Smith, Acting United States Attorney for the District of Alaska, and hereby

requests the Court no longer electronically serve pleadings in the above-captioned

//

case on Kevin Feldis, Asst. U.S. Attorney. Assistant U.S. Attorney Lawrence D. Card, is the lead attorney in this matter.

RESPECTFULLY submitted this 1st day of May, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting U.S. Attorney

s/ Kevin Feldis
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov
AK Bar No.  9711060

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2006
a copy of the foregoing NOTICE was served
electronically:

John C. Pharr, Esq.

s/ Kevin Feldis