DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-cr-00122-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE** |
| vs. | ) | |
| | ) | |
| CHRISTOPHER J. SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through Lawrence D. Card, Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

>Lawrence D. Card
>Assistant U.S. Attorney
>222 West 7th Avenue, Room 253, #9
>Anchorage, AK  99513-7567
>(907) 271-5071
>Fax: (907) 271-1500
>E-mail: stephan.collins@usdoj.gov
>AK Bar No. 8911061

RESPECTFULLY SUBMITTED on this 1st of May, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Lawrence D. Card
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: larry.card@usdoj.gov
>Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**
I hereby certify that on May 1, 2006
a copy of the foregoing NOTICE OF
APPEARANCE  was served
via electronically to:

John C. Pharr

s/ Lawrence D. Card