Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER J. SULLIVAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:04-cr-0122-JKS |

**MOTION FOR EXTENSION OF TIME TO FILE AMENDED 2255**

COMES NOW DEFENDANT CHRISTOPHER J. SULLIVAN by and through his attorney of record JOHN C. PHARR of the LAW OFFICES OF JOHN C. PHARR and hereby moves for a 30-day extension of time, until Thursday, June 29, 2006, to file an amended 2255.

This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 30th day of May 2006.

    LAW OFFICES OF JOHN C. PHARR

    s/John C. Pharr
    Attorney for Defendant
    Christopher J. Sullivan
    733 W. 4th Ave, Suite 308
    Anchorage, Alaska 99501
    Phone: 907/272-2525

```
                                        Fax: 907/277-9859
                                        E-mail: jpharr@gci.net
                                        AK # 8211140
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
May 30, 2006, a copy
of the foregoing was served
electronically:

Lawrence D. Card
Asst. U.S. Attorney
larry.card@usdoj.gov

s/John C. Pharr