Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER J. SULLIVAN, )<br>)<br>Defendant. )<br>_____) | <br><br><br><br><br><br><br><br><br>Case No. 3:04-cr-0122-JKS |

**ORDER ON MOTION FOR EXTENSION OF TIME TO FILE AMENDED 2255**

The court having considered defendant's motion for extension of time, opposition and any reply having been filed,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's motion for extension of time is GRANTED. The due date of amended 2255 is extended 30 days, from Tuesday, May 30, 2006, to Thursday, June 29, 2006. Government's answer shall be filed by _____.

Dated this _____ day of _____ 2006.

_____
Hon. John D. Roberts
U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
May 30, 2006, a copy
of the foregoing was served
electronically:

Lawrence D. Card
Asst. U.S. Attorney
larry.card@usdoj.gov

s/John C. Pharr