DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:04-cr-00122-JKS |
| Plaintiff, | |
| | NON-OPPOSITION TO MOTION TO FILE AN AMENDED 2255 |
| vs. | |
| CHRISTOPHER J. SULLIVAN, | |
| Defendant. | |

NON-OPPOSITION TO MOTION TO FILE AN AMENDED 2255

Comes now, the plaintiff, United States of America, by and through its

counsel for the District of Alaska, and hereby submits its non-opposition to the

petitioner's motion for an extension of time to file his amended 2255 petition.

RESPECTFULLY SUBMITTED this 6th day of June, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Lawrence D. Card
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2006, a copy of the foregoing was served electronically on:

John C. Pharr, Esq.

s/Lawrence D. Card