Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHRISTOPHER J. SULLIVAN, | ) |
| | ) |
| Defendant. | ) |
| _____ | )   Case No. 3:04-cr-0122-JKS |

**AFFIDAVIT OF JOHN C. PHARR**

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

I, JOHN PHARR, depose and state as follows.

1.   I am the appointed CJA counsel for defendant in the above-captioned action.

2.   The amended 2255 in this case is due today, May 30, 2006.

3.   There is a large amount of material to review in Mr. Sullivan's case, who is incarcerated out of state and not that easy to get in touch with. I need more time to comply with the court's order of April 25, 2006.

4.   I am therefore requesting a 30-day extension of time,

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Christopher J. Sullivan*
*Case No. 3:04-cr-0122-JKS*                                    *Page 1 of 2*

until Thursday, June 29, 2006, to file the amended 2255.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 30th day of May 2006.

LAW OFFICES OF JOHN C. PHARR
Attorneys for Christopher J. Sullivan


By: _____s/John C. Pharr_____
     John C. Pharr, Esq.,
     Alaska Bar No. 8211140

SUBSCRIBED AND AFFIRMED before me this 30th day of May 2006,

at Anchorage, Alaska.


_____s/Sharon R. Leippi_____
Notary Public in and for Alaska
My commission expires: __June 8, 2010


s/John C. Pharr
Attorney for Defendant
Christopher J. Sullivan
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
June 14, 2006, a copy
of the foregoing was served
electronically:

Lawrence D. Card
Asst. U.S. Attorney
larry.card@usdoj.gov

s/John C. Pharr


*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Christopher J. Sullivan*
*Case No. 3:04-cr-0122-JKS*                                    *Page 2 of 2*