Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER J. SULLIVAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:04-cr-0122-JKS |

**MOTION FOR EXTENSION UNTIL JULY 5, 2006, TO FILE AMENDED 2255**

COMES NOW DEFENDANT CHRISTOPHER J. SULLIVAN by and through his attorney of record JOHN C. PHARR of the LAW OFFICES OF JOHN C. PHARR and hereby moves for an extension of time, until Wednesday, July 5, 2006, to file an amended 2255.

This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 29th day of June 2006.

                                        LAW OFFICES OF JOHN C. PHARR

                                        s/John C. Pharr
                                        Attorney for Defendant
                                        Christopher J. Sullivan
                                        733 W. 4th Ave, Suite 308
                                        Anchorage, Alaska 99501
                                        Phone: 907/272-2525

Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
June 29, 2006, a copy
of the foregoing was served
electronically:

David A. Nesbett
Asst. U.S. Attorney
Dvid.nesbett@usdoj.gov

s/John C. Pharr