Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER J. SULLIVAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:04-cr-0122-JKS |

### AFFIDAVIT OF JOHN C. PHARR

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

I, John C. Pharr, depose and state as follows:

1. I am the appointed CJA counsel for defendant in the above-captioned action.

2. The amended 2255 in this case was due May 30, 2006, and a thirty-day extension of time was requested.

3. I have been tied up this week in trial in a children's case in Palmer, in Case No. 3PA-05-68/6970 CN, plus two felony sentencings in State v. Andrew Moffitt, 3PA-05-2706/2998 CR.

4. I am therefore requesting an extension of time, until Wednesday, July 5, 2006, to file the amended 2255.

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Christopher J. Sullivan*
*Case No. 3:04-cr-0122-JKS*                                              *Page 1 of 2*

5.   This is the second request for an extension of time.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 29th day of June 2006.

                LAW OFFICES OF JOHN C. PHARR
                Attorneys for Christopher J. Sullivan

                By: ____s/John C. Pharr_____
                    John C. Pharr, Esq.,
                    Alaska Bar No. 8211140

SUBSCRIBED AND AFFIRMED before me this 29th day of June 2006, at Anchorage, Alaska.

                ____s/Sharon R. Leippi_____
                Notary Public in and for Alaska
                My commission expires: __June 8, 2010

                s/John C. Pharr
                Attorney for Defendant
                Christopher J. Sullivan
                733 W. 4th Ave, Suite 308
                Anchorage, Alaska 99501
                Phone: 907/272-2525
                Fax: 907/277-9859
                E-mail: jpharr@gci.net
                AK # 8211140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
June 29, 2006, a copy
of the foregoing was served
electronically:

David A. Nesbett
Asst. U.S. Attorney
Dvid.nesbett@usdoj.gov

s/John C. Pharr

AFFIDAVIT OF JOHN C. PHARR
United States of America v. Christopher J. Sullivan
Case No. 3:04-cr-0122-JKS                                                    Page 2 of 2