Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER J. SULLIVAN, )<br>)<br>Defendant. )<br>_____) | Case No. 3:04-cr-0122-JKS |

**MOTION FOR EXTENSION UNTIL MONDAY,
JULY 10, 2006, TO FILE AMENDED 2255**

COMES NOW DEFENDANT CHRISTOPHER J. SULLIVAN by and through his attorney of record JOHN C. PHARR of the LAW OFFICES OF JOHN C. PHARR and hereby moves for an extension of time, until Monday, July 10, 2006, to file an amended 2255.

This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 5th day of July 2006.

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorney for Defendant
Christopher J. Sullivan
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501

```
                                        Phone: 907/272-2525
                                        Fax: 907/277-9859
                                        E-mail: jpharr@gci.net
                                        AK # 8211140




CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
July 5, 2006, a copy
of the foregoing was served
electronically:

David A. Nesbett
Asst. U.S. Attorney
Dvid.nesbett@usdoj.gov


s/John C. Pharr
```