Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHRISTOPHER J. SULLIVAN, | ) |
| | ) |
| Defendant. | ) |
| _____ | )  Case No. 3:04-cr-0122-JKS |

**AFFIDAVIT OF JOHN C. PHARR**

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

I, John C. Pharr, depose and state as follows:

1.  I am the appointed CJA counsel for defendant in the above-captioned action.

2.  The amended 2255 in this case was due May 30, 2006, and a thirty-day extension of time was requested, and then another extension of time (until today) was requested.

3.  I am finalizing a brief to the Ninth Circuit in Case No. 3:04-cr-70-RRB, <u>United States v. Ameen Abdul-Jillil</u>. It is taking longer than anticipated.

4.  I am therefore requesting an extension of time, until

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Christopher J. Sullivan*
*Case No. 3:04-cr-0122-JKS*                                    *Page 1 of 2*

Monday, July 10, 2006, to file the amended 2255.

    5.   This is the third request for an extension of time.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 5th day of July 2006.

                LAW OFFICES OF JOHN C. PHARR
                Attorneys for Christopher J. Sullivan


By: _____s/John C. Pharr_____
                John C. Pharr, Esq.,
                Alaska Bar No. 8211140
                Attorney for Defendant
                Christopher J. Sullivan
                733 W. 4th Ave, Suite 308
                Anchorage, Alaska 99501
                Phone: 907/272-2525
                Fax: 907/277-9859
                E-mail: jpharr@gci.net

SUBSCRIBED AND AFFIRMED before me this 5th day of July 2006, at Anchorage, Alaska.

                _____s/Sharon R. Leippi_____
                Notary Public in and for Alaska
                My commission expires: __June 8, 2010

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
June 29, 2006, a copy
of the foregoing was served
electronically:

David A. Nesbett
Asst. U.S. Attorney
Dvid.nesbett@usdoj.gov

s/John C. Pharr

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Christopher J. Sullivan*
*Case No. 3:04-cr-0122-JKS*                                    *Page 2 of 2*