Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER J. SULLIVAN, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:04-cr-0122-JKS |

**<u>NOTICE OF NON-FILING OF AMENDED 2255</u>**

COMES NOW DEFENDANT CHRISTOPHER J. SULLIVAN by and through his attorney of record JOHN C. PHARR of the LAW OFFICES OF JOHN C. PHARR hereby declines to file an amended 2255. It should be considered as currently drafted.

DATED at Anchorage, Alaska, this 10th day of July 2006.

LAW OFFICES OF JOHN C. PHARR

<u>s/John C. Pharr</u>
Attorney for Defendant
Christopher J. Sullivan
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

```
CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
July 10, 2006, a copy
of the foregoing was served
electronically:

David A. Nesbett
Asst. U.S. Attorney
Dvid.nesbett@usdoj.gov

s/John C. Pharr
```

*NOTICE OF NON-FILING OF AMENDED 2255*
<u>*United States of America v. Christopher J. Sullivan*</u>                                    *Page 2 of 2*
*Case No. 3:04-cr-0122-JKS*