DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04-cr-00122-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR EXTENSION OF |
| | ) | TIME TO FILE |
| vs. | ) | GOVERNMENT'S RESPONSE |
| | ) | TO DEFENDANT'S 2255 |
| | ) | PETITION |
| CHRISTOPHER J. SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | Filed on Shortened Time |
| | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, for the District of

Alaska, by and through David A. Nesbett, Special Assistant U.S. Attorney, and

requests a 30-day extension of time to file its response to defendant's 2255 petition.

RESPECTFULLY SUBMITTED this 7th day of August, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ David A. Nesbett
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2006,
a copy of the foregoing was served
electronically on:

John C. Pharr, Esq.

s/ David A Nesbett