IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04-cr-00122-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| CHRISTOPHER J. SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Having considered the Government's Motion for Extension of Time to File Response to 2255 Petition for the above captioned case, IT IS HEREBY ORDERED that the Government's request is GRANTED.

IT IS SO ORDERED.

DATED this 10th day of August 2006, at Anchorage, Alaska.

   /s/James K. Singleton
JAMES K. SINGLETON
UNITED STATES DISTRICT JUDGE