UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
MAY 18 2005
Office of
United States Attorney
Anchorage, AK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Appellee,<br><br>vs.<br><br>CHRISTOPHER J. SULLIVAN,<br><br>　　　　　　Appellant. | C.A. No. 05-30223<br><br>D.C. No. A04-0122 CR (JKS)<br>Alaska (Anchorage)<br><br>**MOTION TO WITHDRAW APPEAL** |

　　　　Appellant, Christopher J. Sullivan, by and through counsel M. J. Haden, Staff Attorney, moves this court to withdraw his appeal. This motion is made for the reason that Christopher J. Sullivan has confirmed, after further discussions with counsel, that he does not wish to continue with his appeal. Mr. Sullivan's written consent is attached to this notice.

　　　　DATED this ___18th___ day of May, 2005.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER
　　　　　　　　　　　　　　　　FOR THE DISTRICT OF ALASKA

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　M. J. Haden
　　　　　　　　　　　　　　　　Staff Attorney
　　　　　　　　　　　　　　　　Attorney for Appellant

|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT<br><br>UNITED STATES OF AMERICA,<br><br>Appellee,<br><br>vs.<br><br>CHRISTOPHER J. SULLIVAN,<br><br>Appellant. | RECEIVED<br>MAY 13 2005<br>Office of<br>United States Attorney<br>Anchorage, AK<br><br>C.A. No. 05-30223<br><br>D.C. No. A04-0122 CR (JKS)<br>Alaska (Anchorage)<br><br>**CONSENT TO WITHDRAWAL OF APPEAL** |

I, Christopher J. Sullivan, certify that I have been advised by my attorney that I have a right to appeal the judgement of the District Court, and I hereby withdraw my appeal in the above-styled case. I do this freely and voluntarily. I understand that I would have the right to have an attorney represent me on appeal, if I chose to appeal.

Dated: 5-11-05

_____
CHRISTOPHER J. SULLIVAN

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Appellee,<br><br>vs.<br><br>CHRISTOPHER J. SULLIVAN,<br><br>    Appellant. | C.A. No. 05-30223<br><br>D.C. No. A04-0122 CR (JKS)<br>Alaska (Anchorage)<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that on May __18__, 2005, I delivered a copy of Motion to Withdraw Appeal to Kevin Feldis, Assistant U.S. Attorney, United States Attorney's Office, 222 West Seventh Avenue, #9, Room 253, Anchorage, AK 99513.

  DATED this __18th__ day of May, 2005.

              Respectfully submitted,

              OFFICE OF THE FEDERAL DEFENDER
              FOR THE DISTRICT OF ALASKA

              */s/ Lenora L. Roehling*
              Lenora L. Roehling
              Legal Secretary

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Appellee,<br><br>vs.<br><br>CHRISTOPHER J. SULLIVAN,<br><br>　　　　　Appellant. | C.A. No. 05-30223<br><br>D.C. No. A04-0122 CR (JKS)<br>Alaska (Anchorage)<br><br>**ORDER GRANTING**<br>**WITHDRAWAL OF APPEAL** |

After review of the Motion to Withdraw Appeal and the accompanying Consent,

IT IS HEREBY ORDERED that the appeal in the above-styled case is hereby WITHDRAWN.