**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,
        Plaintiff,

                                    Case Number 3:04-cr-00122-JKS
                                         3:06-cv-00058-JKS

v.

CHRISTOPHER SULLIVAN
        Defendant.                  **JUDGMENT IN A CIVIL CASE**


\_  **JURY VERDICT**.  This action came before the court for a trial by
jury.  The issues have been tried and the jury has rendered its
verdict.


 X   **DECISION BY COURT**.  This action came to trial or hearing
before the court.  The issues have been tried or heard and a
decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT defendant's application for post-conviction relief [28
U.S.C. 2255] is dismissed.


APPROVED:


s/James K. Singleton
JAMES K. SINGLETON
United States District Judge

_____          _____
Date                                      Ida Romack
December 11, 2006                     Clerk of Court

                                     _____


[JKS 2255 JMT 340cr122]